**Fill in this information to identify the case:**

Debtor 1 Jason Michael Chesney

Debtor 2 (Spouse, if filing) Rebecca Denise Chesney

United States Bankruptcy Court for the : Northern District of Texas (State)

Case number 25-43784-mxm13

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no**. (if known): 11

**Last four digits** of any number you use to identify the debtors' account: XXXXXX2795

**Date of payment change:** Must be at least 21 days after date of this notice 4/1/2026

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3* $1,575.17

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 764.24 **New escrow payment :** $ 748.78

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

☒ No
☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** % **New interest rate:** %

**Current principal and interest payment:** $ **New principal and interest payment:** $

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

☒ No
☐ Yes.

**Current HELOC payment:** $

**Reconciliation amount:** + $
- $

Debtor 1 **Jason Michael Chesney** Case number *(if known)* 25-43784-mxm13
First Name Middle Name Last Name

**Amount of next payment (including reconciliation amount)** **$** ____________

**Amount of the new payment thereafter (without reconciliation amount** **$** ____________

## Part 4: Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No
☐ Yes Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ____________________________________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/Evan Eberhardt* Date 03/09/2026
Signature

Print: Evan Eberhardt Title Authorized Agent for Creditor
First Name Middle Name Last Name

Company McCalla Raymer Leibert Pierce, LLP

Address 1544 Old Alabama Road
Number Street
Roswell GA 30076
City State ZIP Code

Contact phone 659-268-0439 Email evan.eberhardt@mccalla.com

| | | |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 25-43784-mxm13 |
| | Chapter: | 13 |
| Jason Michael Chesney | Judge: | Mark X. Mullin |
| Rebecca Denise Chesney | | |

CERTIFICATE OF SERVICE

I, Evan Eberhardt, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jason Michael Chesney
406 Ridgeway Blvd
Weatherford, TX 76086

Rebecca Denise Chesney
406 Ridgeway Blvd
Weatherford, TX 76086

Clayton V. Everett — *(Served via ECF at clayton@norredlaw.com)*
515 E. Border St.
Ste 163
Arlington, TX 76010

Pam Bassel, Trustee — *(Served via ECF Notification)*
Office of The Standing Ch.13 Trustee
860 Airport Freeway, Suite 150
Hurst, TX 76054

United States Trustee — *(Served via ECF Notification)*
1100 Commerce Street
Room 976
Dallas, TX 75202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 03/10/2026 (date)   By: */s/Evan Eberhardt*
Evan Eberhardt
Authorized Agent for Creditor

FREEDOM MORTGAGE®
P.O. BOX 50485
INDIANAPOLIS, IN 46250-0485

## Escrow Account Disclosure Statement

### Account Information

Loan Number: [redacted]
Property Address: 406 RIDGEWAY BLVD
WEATHERFORD TX 76086

Statement Date: **02/11/2026**
Current Payment Amount: **$1,590.63**

**New Payment Amount: $1,575.17**
**New Payment Effective Date: 04/01/2026**

[redacted]

JASON M CHESNEY
REBECCA D CHESNEY
406 RIDGEWAY BLVD
WEATHERFORD TX 76086-3945

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $262.73. A surplus check in the amount of $262.73 to be printed and mailed in a separate document.

| | |
|---|---|
| Projected Minimum Balance | $1,517.41 |
| - Required Minimum Balance | $1,254.68 |
| Surplus | $262.73 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 Your Mortgage Payment

Payment information beginning with your 04/01/2026 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $826.39 | $826.39 |
| Escrow Payment: | $764.24 | $748.78 |
| **Total Payment:** | **$1,590.63** | **$1,575.17** |

**Surplus check will be sent under separate cover.**

## PART 2 Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$4,441.13** |
| Nov 2025 | $764.24 | $121.44 | FHA MIP RBP MON | $5,083.93 |
| Dec 2025 | $764.24 | $121.44 | FHA MIP RBP MON | $5,726.73 |
| Dec 2025 | $0.00 | $4,441.13 | COUNTY TAX | $1,285.60 |
| Jan 2026 | $764.24 | $121.44 | FHA MIP RBP MON | $1,928.40 |
| Feb 2026 | $764.24 | $121.44 | FHA MIP RBP MON | $2,571.20 |
| Mar 2026 | $764.24 | $121.44 | FHA MIP RBP MON | $3,214.00 |
| **Total** | **$3,821.20** | **$5,048.33** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$4,361.91** |
| Nov 2025 | $0.00 | $121.44 | FHA MIP RBP MON | $4,240.47 |
| Dec 2025 | $1,528.48 | $4,255.64 * | | $1,513.31 |
| Dec 2025 | $0.00 | $121.44 | FHA MIP RBP MON | $1,391.87 |
| Jan 2026 | $764.24 | $121.44 | | $2,034.67 |
| Feb 2026 | $0.00 | $121.44 E | FHA MIP RBP MON | $1,913.23 |
| Mar 2026 | $764.24 E | $121.44 E | | $2,556.03 |
| **Total** | **$3,056.96** | **$4,862.84** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest

payable on escrow which is not estimated.

## PART 3 Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $3,272.50 |
| FHA MIP RBP MO | $1,457.28 |
| COUNTY TAX | $4,255.64 |
| **Total Disbursements** | **$8,985.42** |

Freedom expects to pay $8,985.42 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $8,985.42 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$748.78** |

Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $3,399.49 | $3,136.76 |
| Apr 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $4,026.83 | $3,764.10 |
| May 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $4,654.17 | $4,391.44 |
| Jun 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $5,281.51 | $5,018.78 |
| Jul 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $5,908.85 | $5,646.12 |
| Aug 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $6,536.19 | $6,273.46 |
| Sep 2026 | $748.78 | $3,272.50 | HOMEOWNERS | $4,012.47 | $3,749.74 |
| Sep 2026 | $0.00 | $121.44 | FHA MIP RBP MON | $3,891.03 | $3,628.30 |
| Oct 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $4,518.37 | $4,255.64 |
| Nov 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $5,145.71 | $4,882.98 |
| Dec 2026 | $748.78 | $121.44 | FHA MIP RBP MON | $5,773.05 | $5,510.32 |
| Dec 2026 | $0.00 | $4,255.64 | COUNTY TAX | $1,517.41 | $1,254.68 * |
| Jan 2027 | $748.78 | $121.44 | FHA MIP RBP MON | $2,144.75 | $1,882.02 |
| Feb 2027 | $748.78 | $121.44 | FHA MIP RBP MON | $2,772.09 | $2,509.36 |
| Mar 2027 | $748.78 | $121.44 | FHA MIP RBP MON | $3,399.43 | $3,136.70 |
| | $8,985.36 | $8,985.42 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $262.73. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00AM – 8:00PM and Saturday 9:00AM – 2:00PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550.

LOAN NUMBER: [redacted]

Freedom Mortgage Corporation
NMLS # 2767