PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                     **CASE NO.: 25-43784-MXM-13**

**JASON MICHAEL CHESNEY**
   406 RIDGEWAY BLVD
   WEATHERFORD, TX 76086
   SSN/TIN: XXX-XX-4735
**REBECCA DENISE CHESNEY**
   406 RIDGEWAY BLVD
   WEATHERFORD, TX 76086
   SSN/TIN: XXX-XX-5294

**DEBTORS**                                              **HEARING: JUNE 18, 2026 AT 8:30 AM**

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND
### PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

                        Respectfully submitted,

By:   /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright

DEBTORS:     Jason Michael Chesney &  Rebecca Denise Chesney,  406 Ridgeway Blvd,  Weatherford,  TX  76086
ATTORNEY:     NORRED LAW PLLC,  515 E BORDER ST,  ARLINGTON,  TX  76010

CREDITORS:

Accounts Receivable Collections Group,  PO Box 849,  Round Rock, TX  78680

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

CAPITAL ONE,  PO BOX 60519,  CITY OF INDUSTRY, CA  97161-0000

CareCentrix,  PO Box 2011,  Monroe, WI  53566

Chase,  PO Box 6294,  Carol Stream, IL  60197-0000

Chase Auto,  700 Kansas lane LS4 4041,  Monroe, LA  71203

CHASE BANK NA,  C/O NATIONAL BANKRUPTCY SERVICES LLC,  PO BOX 9013,  ADDISON, TX  75001-0000

CHASE BANK USA NA C/O JP MORGAN CHASE BANK,  PO BOX 15368,  WILMINGTON, DE  19850-0000

Citibank Home Depot,  PO Box 9001010,  Louisville, KY  40290

Citibank The Home Depot,  Citicorp Cr Srvs Centralized Bankruptcy,  PO Box 790040,  S Louis, MO  63179

City of Azle Emergency Medical Services,  PO Box 1378,  Azle, TX  76098

DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  ***BAD ADDRESS***,  DALLAS, TX  75201-0000***

Empower,  PO Box 173764,  Denver, CO  80217

First Source Advantage,  205 Bryant Woods South,  Buffalo, NY  14228-0000

Freedom Mortgage Corp,  951 Yamato Road,  Boca Raton, FL  33431

FREEDOM MORTGAGE CORP,  11988 EXIT 5 PKWY BLDG 4,  FISHERS, IN  46037-0000

Greensky,  Po Box 2730,  Alpharetta, GA  30023

Greensky #3877,  6125 Lakeview Rd Ste 800,  Charlotte, NC  28269

HALSTED FINANCIAL SERVICES LLC,  PO BOX 828,  SKOKIE, IL  60076

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 7999,  ST CLOUD, MN  56302-0000

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 772813,  CHICAGO, IL  60677-0000

JPMorgan Chase Bank, N.A. National Bankruptcy Dept,  700 Kansas Lane LA4-5599,  Monroe, LA  71203-0000

JPMorgan Chase Bank, N.A. National Bankruptcy Dept,  700 Kansas Lane LA4-6310,  Monroe, LA  71203-0000

JPS HEALTH NETWORK,  1500 S MAIN,  FORT WORTH, TX  76104-0000

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LGBS Dallas,  2777 N Stemmons Fwy Suite 1000,  ***BAD ADDRESS***,  Dallas, TX  75207***

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MCCALLA RAYMER LEIBERT PIERCE, LLC,  Bankruptcy Department,  1544 Old Alabama Road,  Roswell, GA  30076-0000

Medical City Weatherford,  PO Box 740782,  Cincinnati, OH  45274

NATIONWIDE CREDIT AND COLLECTION INC,  ATTN BOB BECK,  815 COMMERCE DR STE 270,  OAK BROOK, IL  60523

PARKER CAD,  C/O LINEBARGER GOGGAN BLAIR & SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

CREDITORS:     (cont'd.)

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

Rose Imaging Specialists,  PO Box 203268,  Dallas, TX  75320

Security First Bank,  PO Box 6878,  Carol Stream, IL  60197

SERVICE FINANACE,  BANKRUPTCY SECTION 100500151,  PO BOX 1847,  WILSON, NC  27894-0000

SERVICE FINANCE COMPANY,  555 S FEDERAL HWY STE 200,  BOCA RATON, FL  33432

Synchrony Bank,  PO Box 71711,  Philadelphia, PA  19176-0000

TARGET,  PO BOX 1327,  MINNEAPOLIS, MN  55440

TARRANT COUNTY HOSPITAL DISTRICT,  ATTN PATIENT FINANCIAL SERVICES,  1400 S MAIN STREET SUITE 300,  FORT WORTH, TX  7610

TD Auto Finance,  PO Box 100295,  Columbia, SC  29202

TD AUTO FINANCE,  PO BOX 551080,  JACKSONVILLE, FL  32255-0000

TD AUTO FINANCE,  PO BOX 16041,  LEWSITON, ME  04243-0000

Telecom Self reported,  Po Box 4500,  ***BAD ADDRESS***,  Allen, TX  75013***

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

TOYOTA MOTOR CREDIT CORP,  PO BOX 4700,  PHOENIX, AZ  85030-0000

Tractor Supply,  PO Box 6403,  Sioux Falls, SD  57117

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US Department of Housing and Urban Develop,  307 W 7th St Suite 1000,  Fort Worth, TX  76102

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

US DEPT OF HUD,  2000 N CLASSEN BLVD STE 3200,  OKLAHOMA CITY, OK  73106-0000

WELLS FARGO,  PO BOX 9210,  DES MOINES, IA  50306-0000

WELLS FARGO,  PO BOX 10347,  DES MOINES, IA  50306

Wells Fargo Bank,  PO Box 10438,  MACF8235-02F,  Des Moines, IA  50306-0000

WILCOX LAW PLLC,  PO BOX 201849,  ARLINGTON, TX  76006-0000

***Address on record invalid for recipient -- no document mailed to this party.

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                    **CASE NO.: 25-43784-MXM-13**

**JASON MICHAEL CHESNEY**
    406 RIDGEWAY BLVD
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-4735
**REBECCA DENISE CHESNEY**
    406 RIDGEWAY BLVD
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-5294

**DEBTORS**                                            **HEARING: JUNE 18, 2026 AT 8:30 AM**

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtors.  No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee :**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 8 | CARECENTRIX | UNSECURED | $447.14 |
| 10 | CITIBANK HOME DEPOT | UNSECURED | $980.25 |
| 12 | CITY OF AZLE EMERGENCY MEDICAL SERVICES | UNSECURED | $1,225.73 |
| 4 | EMPOWER | SECURED | $4,839.90 |
| 14 | JPS HEALTH NETWORK | UNSECURED | $136.63 |
| 15 | JPS HEALTH NETWORK | UNSECURED | $136.63 |
| 16 | JPS HEALTH NETWORK | UNSECURED | $6,593.78 |
| 17 | MEDICAL CITY WEATHERFORD | UNSECURED | $462.60 |
| 18 | MEDICAL CITY WEATHERFORD | UNSECURED | $135.81 |
| 19 | NATIONWIDE CREDIT AND COLLECTION INC | UNSECURED | $150.00 |
| 20 | ROSE IMAGING SPECIALISTS | UNSECURED | $82.41 |

(cont'd.)

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 21 | SECURITY FIRST BANK | UNSECURED | $4,669.35 |
| 24 | TARGET | UNSECURED | $597.60 |
| 25 | TELECOM SELF REPORTED | UNSECURED | $211.00 |
| 26 | TELECOM SELF REPORTED | UNSECURED | $114.00 |
| 27 | TRACTOR SUPPLY | UNSECURED | $222.06 |

## II.  TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation.  "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 2 | TD AUTO FINANCE | 2017 JEEP CHEROKEE | $9,806.50 | 8.50% | PER MO-TR |
| 10 | TOYOTA MOTOR CREDIT CORP | 2017 TOYOTA TACOMA | $23,225.00 | 8.50% | PRO RATA-TR |
| 4 | JPMORGAN CHASE BANK, N.A. NATION/ | 2021 FORD BRONCO | $29,798.87 | | DIRECT-DR |
| 11 | FREEDOM MORTGAGE CORP | 1ST LIEN HOMESTEAD | $170,903.89 | | DIRECT-DR |
| 1 | US DEPT OF HUD | 2ND LIEN HOMESTEAD | $5,689.80 | 0.00% | DIRECT-DR |
| 6 | PARKER CAD | HOMESTEAD/25 | $4,255.64 | 0.00% | DIRECT-DR |
| 11 | FREEDOM MORTGAGE CORP | 1ST LIEN SUPPLEMENTAL/PLAN RVW/POC | $600.00 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 8 | JEFFERSON CAPITAL SYSTEMS LLC | $3,394.18 | CAPITAL ONE |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | $2,534.56 | WALMART/CAPITAL ONE |
| 3 | CHASE BANK USA NA C/O JP MORGAN ( | $9,604.76 | CREDIT CARD |
| 13 | LVNV FUNDING LLC | $1,255.72 | HOME DEPOT/CITIBANK LOAN |
| 15 | GREENSKY #3877 | $4,956.87 | TRUIST BANK/HVAC EQUIPMENT |
| 14 | SERVICE FINANCE COMPANY | $8,999.16 | CARE CREDIT/SYNCHRO NY BANK |
| 5 | LVNV FUNDING LLC | $14,807.86 | REVOLVING CREDIT |
| 9 | WELLS FARGO | $8,211.50 | TSC/CITIBANK |
| 12 | LVNV FUNDING LLC | $415.74 | Split Claim 2017 JEEP CHEROKEE |
| 2 | TD AUTO FINANCE | $1,387.84 | Split Claim 2017 TOYOTA TACOMA |
| 10 | TOYOTA MOTOR CREDIT CORP | $4,227.60 | |

## III.  PLAN MODIFICATION

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

**No Other Modification Needed**

Respectfully submitted,

By:   <u>/s/ Ethan S. Cartwright</u>
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)